NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: RICHARD W. NEILL, STEPHANIE MITCHKO, PETER CARAMANICA, CSC HOLDINGS, LLC,**

*Appellants*

---

2015-1431

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board, in No. 12/055,795.

---

## JUDGMENT

---

ROBERT KELSEY KRY, MoloLamken LLP, Washington, DC, argued for appellants. Also represented by JEFFREY A. LAMKEN; GERALD MEYER, Chicago, IL; PAULINE PELLETIER, ROBERT EVAN SOKOHL, JON WRIGHT, Sterne Kessler Goldstein & Fox, PLLC, Washington, DC.

BRIAN RACILLA, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Michelle K. Lee. Also represented by THOMAS W. KRAUSE, JEREMIAH HELM, LORE A. UNT.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (MOORE, MAYER, and WALLACH, *Circuit Judges*).

### AFFIRMED.  *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 March 9, 2016                   /s/ Daniel E. O'Toole
        Date                     Daniel E. O'Toole
                                 Clerk of Court